IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-1602-BO-BM

| | |
|---|---|
| UNIVERSAL PROPERTY AND CASUALTY INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )  **ORDER**<br>) |
| KIMBERLY BURNS-FISHER, and MISTY LAPOINTE, | )<br>)<br>) |
| Defendants. | ) |

This matter is before the court on the parties' joint motion [DE-21], pursuant to Local Civil Rule 101.1a(e), E.D.N.C., to be exempted from the requirement to conduct mediation. The parties agree that "this action does not seek recovery of monetary or other damages" and instead seeks "judicial determination of the rights and responsibilities under a specific policy of insurance." [DE-21] at 2. The parties further agree "that this matter will be definitively decided by the Court's ruling on the claim for Declaratory Relief . . . [and, therefore, m]ediation will not be beneficial to resolve the issues in this action." *Id.* For good cause having been shown, the joint motion is GRANTED. The parties are exempted from the requirement to participate in a mediated settlement conference at this time. If at any point the parties wish to exercise this option or explore other alternative dispute resolution, such as a court-hosted settlement conference, they shall timely file a motion for the relief they seek.

SO ORDERED, this 12th day of April, 2024.

_____
Brian S. Meyers
United States Magistrate Judge